# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| Boston Trailer Sales, LLC<br>635 Manley Street<br>West Bridgewater, MA 02379 | Christmas Tree Shops LLC | 2/8/2023 | $23,269.55 | Vendors |
| Boston Trailer Sales, LLC<br>635 Manley Street<br>West Bridgewater, MA 02379 | Christmas Tree Shops LLC | 2/22/2023 | $788.91 | Vendors |
| Boston Trailer Sales, LLC<br>635 Manley Street<br>West Bridgewater, MA 02379 | Christmas Tree Shops LLC | 3/1/2023 | $23,397.43 | Vendors |
| Boston Trailer Sales, LLC<br>635 Manley Street<br>West Bridgewater, MA 02379 | Christmas Tree Shops LLC | 3/15/2023 | $1,113.44 | Vendors |
| Boston Trailer Sales, LLC<br>635 Manley Street<br>West Bridgewater, MA 02379 | Christmas Tree Shops LLC | 4/12/2023 | $23,230.82 | Vendors |
| **Total** | | | **$71,800.15** | |