# **Exhibit A**

4903-6344-8436.2 57097.001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>           Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>           Plaintiff,<br><br>vs.<br><br>MWBT HOLDINGS, LLC, f/k/a BOSTON TRAILER SALES, LLC,<br><br>           Defendant. | Adv. Proc. No. 25-50829 (TMH) |

## **JUDGMENT BY DEFAULT**

Default has been entered against defendant MWBT Holdings, LLC, formerly known as Boston Trailer Sales, LLC, Plaintiff has requested entry of judgment and has filed an affidavit of the amount due, which affidavit states that this defendant is not in military service. Furthermore, it appears from the record that this defendant is not an infant or incompetent person. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against this defendant in favor of the plaintiff in the amount of $71,800.15 plus $350.00 in Court costs.

Dated: _____, 2025

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

/s/ Stephen L. Grant, Sr.
Clerk of the Bankruptcy Court

By: _____
    Deputy Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>                Plaintiff,<br><br>vs.<br><br>MWBT HOLDINGS, LLC, f/k/a BOSTON TRAILER SALES, LLC,<br><br>                Defendant. | Adv. Proc. No. 25-50829 (TMH) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 21st day of October, 2025 , I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Plaintiff's Request for Entry of Default Judgment (with Exhibit A)**

                                                  */s/ Peter J. Keane*
                                                  Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

**MWBT Holdings, LLC f/k/a Boston Trailer Sales, LLC Service List**
**Adv. Proc. No. 25-50829 (TMH)**

**FIRST CLASS MAIL**
MWBT Holdings, LLC f/k/a Boston Trailer Sales, LLC
635 Manley Street
West Bridgewater, MA 02379

**FIRST CLASS MAIL**
MWBT Holdings, LLC f/k/a Boston Trailer Sales, LLC
643 Manley Street
West Bridgewater, MA 02379

**FIRST CLASS MAIL**
Resident Agent and Manager, Mark R. Wosofsky
MWBT Holdings, LLC f/k/a Boston Trailer Sales, LLC
643 Manley Street
West Bridgewater, MA 02379